THE PEOPLE OF THE STATE OF NEW YORK ex rel. ABRAHAM H. ELKIND et al., Appellants, against ABRAHAM ROSENBLUM et al., Respondents.

Submitted February 25, 1946; decided March 7, 1946.

*Nathaniel L. Goldstein, Attorney-General (Francis W. Phillips* and *Theodore Kiendl* of counsel), for motion.

No one opposed.

Motion denied, with $10 costs and necessary printing disbursements upon the ground that an appeal lies as of right.